UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOVELYNE PIERRE,

       Plaintiff,

               **ORDER**
 -against-            CV 09-4503 (LDW)(ARL)

AN ENTITY HOLDING ITSELF OUT AS
ATLANTIC HYUNDAI, et al.,

       Defendants.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

 A conference in the above-captioned case has been scheduled for **Monday, November 29, 2010 at 3:00 p.m.**, to be held in Courtroom 814 in the United States Federal Courthouse in Central Islip. The purpose of the conference is to address the plaintiffs' November 1, 2010 letter application and defendants' November 5, 2010 response.

Dated: Central Islip, New York      **SO ORDERED:**
    November 10, 2010

                  _____/s/_____
                  ARLENE ROSARIO LINDSAY
                  United States Magistrate Judge